DEBRA TOMLINSON *v.* JOHN A. TOMLINSON

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 194 (AC 29735), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's modification of child support on the ground that the parties' judgment of dissolution incorporated a separation agreement provision stating that the unallocated alimony and child support payments were nonmodifiable?"

The Supreme Court docket number is SC 18586.

*Daniel Shepro*, in support of the petition.

*Richard W. Callahan*, in opposition.

Decided March 25, 2010